United States District Court
Northern District of New York

| | | |
|---|---|---|
| CLAUDETTE M. STEVENS,<br>    *Plaintiff*, | ) <br> ) <br> ) | Case No. 6:23-cv-0678 <br><br> Glenn T Suddaby |
| v. | ) <br> ) | United States District Judge |
| MARTIN O'MALLEY,<br>Commissioner of<br>Social Security,[1]<br>    *Defendant*. | ) <br> ) <br> ) <br> ) | Stipulation – Document Filed Electronically |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, should the Appeals Council remand to an administrative law judge, the administrative law judge will conduct further administrative proceedings and develop the record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, including, offering Plaintiff a new hearing and issuing a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Martin O'Malley, | Claudette M. Stevens |
| By His Attorneys | By Her Attorney |
| Carla B. Freedman,<br>United States Attorney | |

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

| | |
|---|---|
| */s/ Heetano Shamsoondar* | */s/  Justin M. Goldstein* |
| Special Assistant United States Attorney | Justin M. Goldstein |
| Office of Program Litigation, Office 2 | Law Offices of Kenneth Hiller, PLLC |
| Office of the General Counsel | 6000 North Bailey Avenue – Suite 1A |
| Social Security Administration | Amherst, NY 14226 |
| 6401 Security Blvd | Tel: (716) 564-3288 |
| Baltimore, MD 21235 | Fax: (716) 332-1884 |
| 212-264-2426 | jgoldstein@kennethhiller.com |
| heetano.shamsoondar@ssa.gov | |

IT IS SO ORDERED:

Glenn T. Suddaby
U.S. District Judge

Dated: 1/2/2024
Syracuse, NY