UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDETTE M. STEVENS,<br>　　　*Plaintiff,*<br><br>vs.<br><br>MARTIN O'MALLEY,<br>　Commissioner of Social Security<br>　　　*Defendant.* | Case No. 6:23-cv-00678 |

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920

**IT IS HEREBY STIPULATED** by and between Heetano Shamsoondar, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Justin M. Goldstein, attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$1,125.25,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

　It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of **$0.00**, as the case was filed *in forma pauperis*.

Dated: February 9, 2024

Stevens v. Commissioner, 6:23-cv-00678
*Stipulation and Order Awarding Attorney's Fees Under EAJA*

By: /s/ Heetano Shamsoondar

Heetano Shamsoondar
Special Assistant United States Attorney
Northern District of New York
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(212) 264-2426
heetano.shamsoondar@ssa.gov

By: /s/ Justin M. Goldstein

Justin M. Goldstein
Law Offices of Kenneth Hiller, PLLC
6000 North Bailey Avenue, Suite 1A
Amherst, NY 14226
716-564-3288
Fax: 716-332-1884
jgoldstein@kennethhiller.com

**SO ORDERED:**

Glenn T. Suddaby
U.S. District Judge

February, 13, 2024